**No. 09-9871. Donald G. Jones, Petitioner v. The Shaw Group, et al.**

562 U.S. 842, 131 S. Ct. 72, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 6011.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9919. Craig Gordon Brown, Petitioner v. Michigan.**

562 U.S. 842, 131 S. Ct. 77, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 6098.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

Same case below, 279 Mich. App. 116, 755 N.W.2d 664.

**No. 09-9955. Christopher Smith, Petitioner v. Pennsylvania.**

562 U.S. 842, 131 S. Ct. 77, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 5789.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 604 Pa. 126, 985 A.2d 886.

**No. 09-9957. Richard Herman Ford, Petitioner v. Cheryl Pliler, Warden.**

562 U.S. 843, 131 S. Ct. 77, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 5804.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 782.

**No. 09-9962. Lisa Ann Coleman, Petitioner v. Texas.**

562 U.S. 843, 131 S. Ct. 77, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 5927.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-9972. Robert Charles Hennecke, III, Petitioner v. United States.**

562 U.S. 843, 131 S. Ct. 78, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 6044.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 590 F.3d 619.

**No. 09-9986. Ganiyu Jaiyeola, Petitioner v. Carrier Corporation.**

562 U.S. 843, 131 S. Ct. 78, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 5785,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 350 Fed. Appx. 583.

**No. 09-9994. John W. Germaine, Petitioner v. Marika Nyman St. Germaine.**

562 U.S. 843, 131 S. Ct. 78, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 6036.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.